

# United States District Court
# Eastern District of California

| | |
|---|---|
| DANIEL BONACICH | Case Number: 2:26-cv-00373-DMC |
| Plaintiff(s) | |
| V. | |
| CORRECTIONAL OFFICER K. ESTES | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Kathleen A. Hennessy _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Daniel Bonacich

On _____11/10/2016_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of the State of Illinois_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____02/12/2026_____    Signature of Applicant: /s/ _____Kathleen A. Hennessy_____

**Pro Hac Vice Attorney**

Applicant's Name: Kathleen A. Hennessy

Law Firm Name: Hamilton Hennessy, LLC

Address: 53 West Jackson Boulevard

Suite 620

City: Chicago    State: IL    Zip: 60604

Phone Number w/Area Code: (312) 726-3173

City and State of Residence: Chicago, Illinois

Primary E-mail Address: kah@hamiltonhennessy.com

Secondary E-mail Address: lac@hamiltonhennessy.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Grace Jun

Law Firm Name: Grace Jun, Attorney at Law

Address: 501 W. Broadway

Suite 1480

City: San Diego    State: CA    Zip: 92101-8475

Phone Number w/Area Code: (619) 841-1408    Bar # 287973

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 13 Feb 2026

JUDGE, U.S. DISTRICT COURT