**Grace Jun (SBN 287973)**
**GRACE JUN, ATTORNEY AT LAW**
501 West Broadway, Ste. 1480
San Diego, CA 92101
T: (310) 709-4012
e-mail: grace@gracejunlaw.com

**Torreya L. Hamilton (ILBN: 6229397) PHV**
**Kathleen A. Hennessy (ILBN: 6324038) PHV**
**Hamilton & Hennessy, LLC**
53 West Jackson Boulevard, Suite 620
Chicago, Illinois 60604
T: (312) 726-3173
e-mail: tlh@hamiltonhennessy.com
e-mail: kah@hamiltonhennessy.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BONACICH,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER K. ESTES,<br><br>    Defendant. | Case No.:    2:26 CV 00373-DJC-DMC<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>FRCP 4(m) and 26(d)(1) |

The Court, having considered Plaintiff's Administrative Motion for an Extension of Time to Serve Defendant Estes and for Leave to Issue Subpoena, and good cause appearing therefore, hereby GRANTS the Motion. Bonacich shall serve Defendant K. Estes on or before July 10, 2026. Bonacich is also granted leave to issue a subpoena to the California Department of Corrections and Rehabilitation to obtain the full name, date of birth, and current and/or last known address of Defendant Correctional Officer K. Estes.

Dated:  May 15, 2026

/s/Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF